**JUDGE SEIBEL**

Michael Delikat
James H. McQuade
Kristina C. Hammond
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000
Attorneys for Defendant Wyeth Pharmaceuticals, Inc.

08 CIV 7432

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH W. DYKSTRA,<br><br>    Plaintiff,<br><br>v.<br><br>WYETH PHARMACEUTICALS, INC.,<br><br>    Defendant. | Case No. _____<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Wyeth Pharmaceuticals, Inc. ("Wyeth Pharmaceuticals") certifies as follows: (1) Wyeth Pharmaceuticals' corporate parent is Wyeth, which is a publicly traded corporation; and (2) Wyeth is the only publicly held corporation that owns 10% or more of Wyeth Pharmaceuticals' stock.

Dated: New York, New York
       August 21, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Michael Delikat
James H. McQuade
Kristina C. Hammond
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Attorneys for Defendant Wyeth Pharmaceuticals, Inc.

OHS East:160467652.1