Michael Delikat
James H. McQuade
Kristina C. Hammond
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Attorneys for Defendant Wyeth Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH W. DYKSTRA,

    Plaintiff,

v.

WYETH PHARMACEUTICALS, INC.,

    Defendant.

Case No. 08 CIV. 7432

**DECLARATION OF SERVICE**

I, MONICA HOPE, declare:

I am over the age of 18 years and not a party to the within action; that my business address is Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103; and that, on August 22, 2008 I served the following:

1. NOTICE OF REMOVAL (with Summons and Complaint as an attachment)
2. CIVIL COVER SHEET
3. RULE 7.1 STATEMENT
4. INDIVIDUAL RULES OF UNITED STATES MAGISTRATE JUDGE GEORGE A. YANTHIS
5. ELECTRONIC CASE FILING RULES & INSTRUCTIONS
6. NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

upon counsel for plaintiff by depositing with Federal Express overnight delivery true and correct copies thereof, enclosed in a sealed envelope, addressed to:

    BARRY D. HABERMAN, ESQ.
    245 South Main Street, #401
    New City, New York  10956

Executed on August 22, 2008, at New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

_____
MONICA HOPE