UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH W. DYKSTRA,

    Plaintiff,

v.

WYETH PHARMACEUTICALS, INC.,

    Defendant.

Case No. 08-CIV-7432(CS)(GAY)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Joseph Dykstra ("Dykstra") and Defendant Wyeth Pharmaceuticals, Inc. ("Wyeth"), by their undersigned attorneys, that the time for Wyeth to answer, move, or otherwise respond to the Complaint filed by Dykstra is extended from August 29, 2008, to and including September 19, 2008.

Dated: August 27, 2008

ORRICK, HERRINGTON &
SUTCLIFFE LLP

By: _____
James H. McQuade
Kristina C. Hammond
666 Fifth Avenue
New York, New York 10103
212-506-5000

Attorneys for Defendant

BARRY D. HABERMAN
ATTORNEY AT LAW

By: _____
Barry D. Haberman
254 South Main Street, Suite 401
New City, New York 10956
845-638-4294

Attorneys for Plaintiff

SO ORDERED:

_____ 9/2/08
U.S.D.J.